**CHIEF JUSTICE**
   ROGELIO VALDEZ

**JUSTICES**
   NELDA V. RODRIGUEZ
   DORI CONTRERAS GARZA
   GINA M. BENAVIDES
   GREGORY T. PERKES
   NORA L. LONGORIA

**CLERK**
   CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 14, 2015

Hon. Eric Garza
District Clerk
974 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00113-CV
Tr.Ct.No. 2008-08-4696-I
Style:    Texas Health and Human Services Commission and the Texas Department of
          Aging and Disability Services v. Jose P. Baldonado

The judgment of the trial court in the above cause was AFFIRMED by this Court on the 30th day of April, 2015.  The mandate is enclosed.

Costs of the appeal were adjudged against appellant, Texas Health and Human Services Commission and the Texas Department of Aging and Disability Services.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   Hon. Mark Anthony Sanchez (DELIVERED VIA E-MAIL)
      Hon. Marc Edward Rietvelt (DELIVERED VIA E-MAIL)